UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Lesli Williams
_____

_____

_____

(Enter above the full name of
plaintiff in this action)

v.

Pennsylvania State Department of
_____

Corrections
_____

_____

_____

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 1:23-cv-1939
_____
(to be supplied by Clerk
of the District Court)

**FILED**
HARRISBURG, PA

NOV 22 2023

PER JBC
_____
DEPUTY CLERK

COMPLAINT

1. The plaintiff  Lesli Williams _____ a citizen of

the County of  Dauphin _____ State of

Pennsylvania, residing at  1801 Crums Mill Rd Harrisburg Pa 17110 _____

wishes to file a complaint under  2 USC §1983 - Deprivation of Rights, _____
(give Title No. etc.)
 42 USC §1981 - Racial Discrimination and Retaliation, and 43 P.S. §§ 95-963

2. The defendant is  Pennsylvania State Department Of Corrections _____

_____

3. STATEMENT OF CLAIM: (State below the facts of your case.  If you have paper
exhibits that give further information of your case, attach them to this completed form.  Use as
much space as you need.  Attach extra sheet(s) if necessary) _____

3. (CONTINUED) ___Please see attachment___

4. WHEREFORE, plaintiff prays that ___this court awards plaintiff Lesli Williams___

$75,000 for mental anguish and emotional distress that she is still suffering from.

(Signature of Plaintiff)

On Tuesday March 17, 2020 at approximately 12:30, I went to use restroom (1-1-40) located around the corner from my office. When I attempted to unlock the restroom door, Ms. Krista Boyer came out of her office and approached me and stated, "That bathroom has just been cleaned do not use it." Her comment took me by surprise and confused me. She stayed at the door until I removed my key from the lock. I said, "Ok." I did not respond to her comment at that time because of my sense of urgency to use the restroom. I quickly went and used another restroom. After using the restroom in the basement, I thought about Ms. Boyer's comment. I was baffled and felt distraught. I needed clarification. I thought to myself, "Maybe I heard her wrong or maybe her comment came out wrong." I went to Ms. Boyer's office and asked to speak with her. The Academy Director, Mr. Dooley was in Ms. Boyer's office when I entered. I asked Ms. Boyer, "Is the bathroom that I attempted to use out of order?" She stated, "No it's not, it's just for us." Still baffled, I asked, "Us who?" she stated, "Us, in academic services." I then asked, "So we have assigned bathrooms now?" She stated, "No, that bathroom is just for us in academic services and we like to keep it neat because I heard one time Sgt. Hemminger was joking about if you need to "blow up" the bathroom use that one." I stated to her "I don't, "blow up" bathrooms, and I'm just as neat and clean as anyone in this room." She interrupted me and said, "I don't want to hear about what you do in the bathroom, there's plenty of other bathrooms in this academy for you to use. That bathroom is for us and we want to keep the traffic in this hallway down". I stated again, "So we have assigned bathrooms?" Ms. Boyer appeared annoyed with my question, as I stood there trying to give my co-worker, that I always greeted with a smile in passing, the benefit of the doubt that she was not belittling me. However, she stated in a condescending tone, "There's lots of other bathrooms around this building for you to use". I looked at Director Dooley in hope that he would correct this wrong, or at least make some sense out of what was going on but, to no avail. He just looked down at his cell phone. I left Ms. Boyer's office. As I walked away, I felt different emotions. I was embarrassed, I felt humiliated. I was very upset and disturbed by Ms. Boyer's comments because she just insinuated I was too dirty to use the same bathroom as her or whoever, "us" was. I returned to my class with the intention to continue training but my emotions were overwhelming. Sgt. Fordyce, one of my training partners that day asked me "what was up?" He

appeared to recognize that I was not my cheerful self. I tried to hold my emotions in and briefly told him what happened. He became visibly upset, and told me that he sometime uses that bathroom, and no one has ever told him not to. I was too emotional to stay in class. I went to my office and cried. I called Sgt. Hemminger because Ms. Boyer mentioned her in her comment about "blowing up" the bathroom. I was thinking, maybe she told Sgt. Hemminger not to use that bathroom also. Sgt. Hemminger stated, "Any staff can use that bathroom. That is not her [Ms. Boyer] bathroom. I use it all the time. And she [Ms. Boyer] has never said anything to me". I became even more emotional after hearing that. Sgt. Hemminger tried to comfort me over the phone. I went to her office to vent. After explaining the situation, I decided to go back into my class to take my mind off this situation. On my way to the class, Mr. Varner, a maintenance employee saw me in the hall and commented about my distraught appearance. He had inmates with him, so I said I was tired and I put my head down and kept walking. I returned to my class and continued training until Mr. Kehoe, the CITT Program Manager, who was also one of my training partners that day, said to me, "Why do you look like that?" I held in my emotions and returned to my office. I have never felt so mortified. I tried to get myself together but the tears would not stop. Thinking to myself, segregation cannot still be going on. What did I just experience? This situation interfered with my abilities to perform my duties. After taking some time to compose myself, I radioed for our union president Sgt. Jerry Murray. Sgt. Long responded to the call, and told me he was in a meeting and asked if she could help me. Sgt. Long came to my office, and I briefly told her what happened. The look of shock on her face substituted her words. She stated, "Wow, that's messed up". She told me Sgt. Murray should be out of the meeting soon and I am welcome to wait for him. When Sgt. Murray's meeting was over, myself, Sgt. Murray, Sgt. Long and Mr. John Chernavage (PSCOA, business agent) went down to the room next to control. I told Sgt. Murray and Mr. Chernavage what I had experienced. Sgt. Murray stated that he has used that bathroom on several occasions without incident, and Sgt. Long stated that she regularly uses that bathroom also. Sgt. Murray and Mr. Chernavage advised me to contact EEO and seek further advice. I called off the next day, March 18, 2020, because I was still troubled about the situation, and needed some time to myself.

Retaliation

On August 25, 2020, I was stopped in the hallway by the Training Academy's Director, Peter Damiter, whom told me that I had to remove all of my belongings from my office so that Krista Boyer could move her items in. He told me to pick another office because Ms. Boyer wants my office. I mentioned my current EEO complaint against her but he did not care and told me she gets my office, move my things out. After I removed my belongings from my office, Ms. Boyer moved her belongings in. I was mocked, harassed and laughed at by Ms. Boyer and her work friends making my work environment very difficult to bear every day. This toxic environment had a huge negative affect on my personal life. This went on until I transferred from that location the following year in April, for my mental stability.